HORACE HART, APPELLEE, v. WILLIAM TIGHE ET AL.,
                        APPELLANTS.

FILED JANUARY 4, 1895.   No. 6256.

Judgments: LIEN ON VENDOR'S INTEREST IN LAND: EXECU-
    TIONS.   The syllabus of the opinion filed at this time in the
    case of *Olander v. Tighe* 43 Neb., 344, is adopted in this case.

APPEAL from the district court of Cass county.   Heard
below before CHAPMAN, J.

*Wooley & Gibson,* for appellants.

*H. D. Travis* and *A. N. Sullivan,* contra.

HARRISON, J.

The facts in this case are substantially the same as in the
case of *Olander v. Tighe,* 43 Neb., 344, and the cases were
briefed and submitted together.   The opinion filed at this
time in that case is applicable to and adopted in this.   The
decree of the district court is reversed and the action ordered
dismissed.

                    REVERSED AND DISMISSED.